UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Keough<br>   AKA Fisher Hill Realty Trust, Nepreo<br>   *Plaintiff*<br>v.<br>Pankaj Merchia, Jagjiwan Merchia,<br>  and Shona Pendse<br>   Defendants | ) <br>) <br>) <br>) Docket # 25-cv-10013<br>) <br>) <br>) |

### **VERIFIED** MOTION TO RECONSIDER REMAND BY DEFENDANT JAGJIWAN MERCHIA

I, Defendant, Dr. Jagjiwan Merchia, *pro se*, a retired professor in his 80s, here, thank this honorable court for its consideration, acknowledge and agree with the importance of conserving judicial resources, and respectfully ask this honorable court to reconsider its decision to "dismiss[ this case] as duplicative [to 24-cv-12898]" (see ECF #9 page 2 ¶1 last line) since the notice of removal for this case is different from the removal of case 24-cv-12898 filed on November 18, 2024 in the following ways:

1. My notice of removal states "the controversy is concerning the **validity of a deed for a property** with an assessed value in excess of $75,000" and includes the complaint which states the "assessed values […of the property is…] over $3.7 million". See ECF #1 ¶7 and ECF #1-2 page 7 of 29 ¶22.

2. My notice of removal included that Defendant was seeking between "double or triple Plaintiff's [alleged] actual damages" or between $93,240 and $139,860. See in ECF #1-2 page 11 of 29 ¶ F.

3. My notice of removal included Plaintiff's complaint which I received for the first time from the Brookline Court Clerk on December 4, 2024, which is after

November 18, 2024. See ECF #1-2 page 2 of 29. Plaintiff had served it at an address where he knew I was not located. See Exhibit 101. Plaintiff had refused to email a copy of the complaint. See ECF #1-2 page 3 of 29.

Furthermore, please consider this motion since:

4. I did not receive this court's orders in 24-cv-12898 since Plaintiff had listed an address for me where he knew I was not located (see Exhibit 101) and the notice of removal clearly listed the address where I may be served as my email address (see ECF #1 page 2) but I was not served there.
5. I am filing this motion to reconsider promptly, within one day of learning of this court's order.
6. I have been unwell for the last few months, was admitted to the ICU for over a week during this period, and am doing my best to catch up with things.

Please also grant me ECF access so that I may directly get service of filings and I will able to promptly and affordably respond to the court and not be prejudiced relative to Plaintiff and other wealthier parties with lawyers who have access to electronic filing. Thus, please accept this as a renewal of my motion in ECF #2.

## Hearing Request

Please all0ow me a hearing on this motion to explain myself better than I can write as a non-lawyer.

## Verification

I attest that what I have written is true based upon personal knowledge and sign under the pains and perils of perjury. I also attest that the exhibit hereto is accurate.

Respectfully submitted ,
/s/ Jagjiwan Merchia
Jagjiwan Merchia, Ph.D.
All communications to email: jMerchiaLegal @ gmail.com

**Certificate of Service**

I attest that on the date this motion is docketed by the court's ECF system, I understand that all parties will be served a copy of the same. Out of an abundance of caution, I will also email it to jkeough @ nepcoinc.com , sPendseFormal @ gmail.com, and pMerchiaFormal @ gmail.com.

/s/Jagjiwan Merchia, Ph.D.